FILED IN OPEN COURT

8.4.16

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

TRAVIS CHRISTOPHER ELLIS

| | |
|---|---|
| Case No. | 3:16-cr- 108-J-39 MCR |
| Ct. 1: | 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1) |
| Ct. 2: | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) |
| Cts. 3-4: | 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) |
| Forfeitures: | 18 U.S.C. § 2253 |

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

2016 AUG -4  PM 3:30

FILED

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 20, 2016, in Clay County, in the Middle District of Florida, and elsewhere,

TRAVIS CHRISTOPHER ELLIS,

defendant herein, did knowingly transport and ship a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the Internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled, "(OPVA 2014) PTHC –FRY███████ PREW 9YO 15YO.MPG."

In violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1).

## COUNT TWO

On or about May 1, 2016, in Clay County, in the Middle District of Florida, and elsewhere,

TRAVIS CHRISTOPHER ELLIS,

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled, "vi███ 6Yo Play With Granddad.avi"

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE

On or about May 5, 2016, in Clay County, in the Middle District of Florida, and elsewhere,

TRAVIS CHRISTOPHER ELLIS,

defendant herein, did knowingly possess one or more matters, which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate and foreign commerce, that is, a 1.0-TB Western Digital computer hard disk drive, Model: HGST HTS541010A9E680, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, and which were specifically identified in the following computer files, among others:

1. "(Pthc) Compilation – Cum Mouth And Face – 10m▮▮.mpg;"

2. "(pthc 8yo fullsex with Stepfather and little 8yoStepdaughter op▮ 2013 2014)220.9cm PTHC Swiss German 2013 MVI_0084.MPG;" and

3. "(pthc pedo) Kids porno – clip collection.avi."

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT FOUR

On or about May 5, 2016, in Clay County, in the Middle District of Florida, and elsewhere,

### TRAVIS CHRISTOPHER ELLIS,

defendant herein, did knowingly possess one or more matters, which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate and foreign commerce, that is, a 1.0-TB Western Digital external hard disk drive, Model: Passport 0830, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, and which were specifically identified in the following computer files, among others:

1. "New Pthc 2015 Dad And daughter 1.avi;"

2. "(Pthc) Jho – L▮▮ 10Yo 13Yo Compilation (10.06) – 9m▮▮.avi;" and

3. "2014 PTHC o▮ 6yo latina anal fucked deep folded back.3gp."

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## **FORFEITURES**

1.  The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2.  Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant, TRAVIS CHRISTOPHER ELLIS, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, and/or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the court;
    d.  has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

            A TRUE BILL,

            _____
            Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
  KELLY S. KARASE
  Assistant United States Attorney

By: _____
  JULIE HACKENBERRY
  Assistant United States Attorney
  Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA
vs.

## TRAVIS CHRISTOPHER ELLIS

## INDICTMENT

Violations:   Ct.1:      18 U.S.C. §§ 2252(a)(1) and 2252(b)(1)
              Ct.2:      18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)
              Cts.3 - 4: 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)

A true bill,

_____
Foreperson

Filed in open court this 4th day of August, 2016.

_____
Clerk

Bail $_____

GPO 863

525