FILED

2016 AUG -4 PH 3:30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8.4.16

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                           CASE NO. 3:16-cr- 108-J- 39 mcr

TRAVIS CHRISTOPHER ELLIS

## MOTION FOR CAPIAS

The United States of America, by A. Lee Bentley, III, United States Attorney for

the Middle District of Florida, moves this Court to issue a capias for TRAVIS

CHRISTOPHER ELLIS, against whom an indictment was returned in the Jacksonville

Division of the Middle District of Florida.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:    _____
       KELLY S. KARASE
       Assistant United States Attorney
       USAO No. 134
       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone: (904) 301-6301
       Facsimile: (904) 301-6310
       E-mail:   Kelly.karase@usdoj.gov