UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8.9.16

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                                          Case Number: 3:16-cr-108-J-39MCR

TRAVIS CHRISTOPHER ELLIS

---

### ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present for any and all of my communications or interactions with the government or its agents with regard to this case and any other state or federal case, investigation or matter, whether it be criminal, civil, or administrative in nature. I will not waive my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me for any reason unless my counsel is present.

Dated: August 9, 2016

_____
Defendant's Signature

_____
Lisa Call, Assistant Federal Defender
Florida Bar Number 0896144
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Tel: 904-232-3039 / Fax: 904-232-1937
Lisa_call@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by hand delivery to AUSA Jacksonville, FL 32202 in open court on this 9th day of August, 2016.

_____
Lisa Call, Assistant Federal Defender